UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER CLARK MORENO,<br><br>Defendant. | CR 21-50084<br><br>REDACTED INDICTMENT<br><br>Receipt of Child Pornography<br>(18 U.S.C. § 2252A(a)(2)(A))<br><br>Possession of Child Pornography<br>(18 U.S.C. § 2252A(a)(5)(B)) |

The Grand Jury charges:

## COUNT I

On or about between October 24, 2020, and February 22, 2021, at Rapid City, in the District of South Dakota, the defendant, Javier Clark Moreno, knowingly received any visual depiction that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the defendant, Javier Clark Moreno, knew the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the defendant, Javier Clark Moreno, knew the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252A(a)(2)(A).

## COUNT II

On or about between October 24, 2020, and February 22, 2021, at Rapid City, in the District of South Dakota, the defendant, Javier Clark Moreno, did knowingly possess computer files that contained images of child pornography that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and that were produced using

material that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B).

FORFEITURE ALLEGATION

1. The allegations contained in this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 2253.

2. If convicted of an offense set forth above, Javier Clark Moreno, the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the distribution, receipt, or possession of child pornography. Such property includes, but is not limited to, the following specific items found in the possession of Javier Clark Moreno on or about May 13, 2021.

A. One red Apple iPhone;

B. One white and silver Apple iPad;

C. One Apple TV hub, Serial No. C1MHMG2YDRHN;

D. One 8GB PNY Optima SD card;

E. One 16GB SanDisk SD card;

F. Two SD cards – 8GB and 64GB SanDisk;

G. One silver Apple iPod, Serial No. 1D8418B8201;

H. One silver Apple iPod, Serial No. 1B006ARY75J;

I. One 16MB Fuji Film SD card;

J. One red Apple iWatch;

K. One silver Quantim hard drive, Serial No. LM20A011;

L. One silver Maxtor hard drive, Serial No. L60BBTWA;

M. One silver Western Digital hard drive, Serial No. WCANKC441755;

N. One silver Maxtor hard drive, Serial No. V21XAPRG;

O. One silver Seagate hard drive, Serial No. SJRGV3MN;

P. One 1GB Crucial Technologies SD card;

Q. One red Western Digital Ext hard drive, Serial No. WXS1AC763KNS;

R. Two flash drives – Mirco Center and MPC;

S. Seven various make/models flash drives;

T. One Silver Apple MacBook Pro, Serial No. C02WQ1YNG8WN;

U. One silver Blackberry cell phone, Serial No. 07605492078;

V. One gray Samsung flip phone, Model: SCH-U365, Serial No. A00000399741AC;

W. One black LG slide cell phone, Model: LG-VN280, Serial No. 412CYMR0378995;

X. One black Apple iPhone, Serial No. BCG-E3085A;

Y. Three thumb drives;

Z. One silver HP laptop, Serial No. CNU0114SRV;

AA. One HP laptop, Serial No. CNU1250-ZH;

BB. Three flash drives;

CC. One CD-Rom drive;

DD. Two disk drives;

EE. One "My Passport" box from Best Buy with "Moreno, Javier Clark;"

FF. One black and silver HP Pavilion Entertainment PC laptop;

3

GG. One silver and black ProBook 65506 laptop.

A TRUE BILL:

***Name Redacted***
_____
Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By: *[signature]*