# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## WESTERN DIVISION

Daneta Wollmann United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SRC | Court Reporter – FTR |
| Courtroom - RC #2 | Date: May 24, 2021 |
| U.S. Probation Officer – Not Present | |

### 5:21-cr-50084-01

| | |
|---|---|
| United States of America | Heather Sazama |
| Plaintiff, | |
| vs. | |
| Javier Clark Moreno | Paul Andrews |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:20 p.m.
TIME:

1:23 p.m.   Enter <u>initial appearance and arraignment</u> before the Honorable Daneta Wollmann.

The Court notes the appearance of counsel. The defendant is present in custody.
The defendant informed of his rights, the allegations against him, and the maximum possible penalties.

Ms. Sazama reads the charges contained in the Indictment

Comes now, Javier Clark Moreno, and enters a plea of not guilty to the charges contained in the indictment.

Mr. Andrews requests a continuance of the detention hearing.

The Court enters a temporary order of detention.

1:37 p.m.   Court is adjourned.