UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAVIER CLARK MORENO,

    Defendant.

Case No.: 21-cr-50084

**STIPULATION FOR ENTRY OF STANDING DISCOVERY ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the above-named defendant and counsel for the United States of America that the Court may enter the Standing Discovery Order **(Standing Order 19-03)** concerning the handling and disposition of discovery materials turned over to the defense.

IT IS FURTHER STIPULATED AND AGREED by and between counsel for the above-named defendant and counsel for the United States of America that they have read and acknowledge **Amended Standing Order 16-04** concerning access to criminal documents and transcripts.

5/24/21
Date

United States Attorney
Signature: _____
Printed Name: Sarah B. Collins

5/24/21
Date

Attorney for Defendant
Signature: _____
Printed Name: Paul J. Andrews