AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAVIER CLARK MORENO | ) | Case No. 21-50084 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**RECEIVED U.S. MARSHALS RAPID CITY, SD 2021 MAY 20 PM 2:36**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Javier Clark Moreno,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A)

Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B)

Date: 05/20/2021

*Issuing officer's signature*

City and state: Rapid City, South Dakota

Matthew Thelen, Clerk of Court
*Printed name and title*

### Return

This warrant was received on (date) 5/20/21, and the person was arrested on (date) 5/21/21
at (city and state) Rapid City, SD

Date: 5/24/21

*Arresting officer's signature*

Dusm Jen Rupper
*Printed name and title*

cc: USM   SKK

WHCAP