UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER CLARK MORENO,<br><br>Defendant. | CR 21-50084<br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM |

RECEIVED U.S. MARSHALS RAPID CITY, SD 2021 MAY 21 PM 3:00

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: THE PENNINGTON COUNTY JAIL and the UNITED STATES MARSHALS SERVICE

YOU ARE HEREBY COMMANDED to produce JAVIER CLARK MORENO, now detained at the Pennington County Jail, Rapid City, South Dakota, for the purpose of appearing at an initial appearance in Rapid City, South Dakota, in regards to the above-captioned matter. You are further directed to maintain JAVIER CLARK MORENO in custody at Rapid City, South Dakota, until further order of the Court.

Dated this __21st__ day of May, 2021.

BY THE COURT:

_____
DANETA WOLLMANN
U.S. MAGISTRATE JUDGE

*5/21/21 Partially executed by transferring to USMS custody*