UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-50084 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| JAVIER CLARK MORENO, | |
| Defendant. | |

The undersigned defendant stipulates that the following facts are true and the parties agree they establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On April 12, 2021, Investigator Jesse Fagerland began an investigation related to a Cybertip initiated by Kik Messenger. The date associated with the suspected child pornography image was February 22, 2021. Fagerland reviewed the numerous files from the Cybertip and determined the images were child pornography to include children as young as 3 being penetrated by an adult penis.

Investigators later determined that the same individual associated with the above-described Cybertip was responsible for another Kik Messenger Cybertip for an incident occurring on October 24, 2020. Fagerland again reviewed the files associated with this Cybertip and determined it also contained images of child pornography including an infant, approximately 1 years old being orally raped.

HSI Analyst Cooper obtained user information related to the Cybertips and linked it to the Salvation Army Camp located at Thunderhead Falls, along with several other locations. The account was listed under the former director. Moreno and his wife lived at the Camp and Moreno works at the Salvation Army offices located on North Cherry Avenue in Rapid City, South Dakota. IP addresses associated with the Cybertips linked both addresses to the illicit images. In addition, Cooper linked the IP addresses to a Verizon Wireless account which was associated with Moreno's work phone.

On May 7, 2021, Kik supplied content from Moreno's account. ICAC conducted an examination of the account and found over 10,000 recordings and images of child pornography including sadism, penetration of very young children.

On May 13, 2021, ICAC investigators conducted a search warrant of Moreno's home at the Salvation Army Camp and seized approximately 30 devices.

Agents interviewed Moreno and he gave a full confession. He is the Captain in charge of Rapid City Salvation Army. Moreno admitted he had been viewing and collecting child pornography since the early 2000s. He also admitted to masturbating to child pornography frequently and also admitted he also distributed child pornography.

Kik operates solely on the internet and none of the devices Moreno used were manufactured in South Dakota.

|  | DENNIS R. HOLMES
Acting United States Attorney |
| --- | --- |
| 12/6/2021
Date | *signature* for
SARAH B. COLLINS
Senior Litigation Counsel
515 9th Street #201
Rapid City, SD 57701
Telephone: (605) 342-7822
E-Mail: Sarah.B.Collins@usdoj.gov |
| 12/3/21
Date | *signature*
Javier Clark Moreno
Defendant |
| 12/3/21
Date | *signature*
Paul J. Andrews
Attorney for Defendant |