UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER CLARK MORENO,<br><br>Defendant. | 5:21-CR-50084-JLV<br><br>DEFENDANT'S CONSENT TO HEARING BY VIDEO CONFERENCE |

COMES NOW the defendant and after consultation with his counsel and consents to the hearing scheduled for Wednesday, December 15, 2021, to be conducted by videoconference.

DATED this 15th day of December, 2021.

_____
Defendant

_____
Attorney for Defendant