# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Jeffrey L. Viken  United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - CLR | Court Reporter – Sheri Not Help Him |
| Courtroom - RC #1 | Date – August 16, 2022 |
| U.S. Probation Officer – Breanna Rhodes | |

### 5:21-cr-50084-01

| | |
|---|---|
| United States of America | Sarah Collins |
| Plaintiff, | |
| vs. | |
| Javier Clark Moreno | Paul Andrews |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:30 p.m.

TIME:

1:42 PM   Enter non-evidentiary sentencing hearing

   Sentence: 210 months' imprisonment; 8 years' supervised release; forfeiture as ordered by the Court; restitution deferred for 90 days; $100 VAF

3:30 PM   Court adjourned