# IN THE UNITED STATES DISTRICT COURT
## of South Dakota
## Western DIVISION

United States of America
Plaintiff's Name

CASE NO. 5:21CR50084-001

v.

Javier Clark Moreno                          APPLICATION TO PROCEED IN FORMA PAUPERIS
Defendant's Name

I, Javier Clark Moreno, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes   ☐ No
   b. Rent payments, interest or dividends?              ☐ Yes   ☐ No
   c. Pensions, annuities or life insurance payments?    ☐ Yes   ☐ No
   d. Gifts or inheritances?                             ☐ Yes   ☐ No
   e. Family or friends?                                 ☒ Yes   ☐ No
   f. Any other sources?                                 ☐ Yes   ☐ No

   If you answered **YES** to any of the questions above describe each source of money and state the amount received from each during the past 12 months.
   Various Family and Friends in the amount of $600.00 (USD)

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?   ☒ Yes   ☐ No

   If you answered **YES**, state the total value of the items owned.
   Current prison trust fund account balance of: $112.00 (USD)

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

☐ Yes    ☒ No

If you answered **YES**, describe the property and state its approximate value.

_____

_____

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).

Signed this __21st__ day of __November__, 20__22__.

_____    46604-509
Signature of Plaintiff              ID Number
Javier Clark Moreno

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

# Inmate Statement

| Inmate Reg #: | 46604509 | Current Institution: | Seagoville FCI |
|---|---|---|---|
| Inmate Name: | MORENO, JAVIER | Housing Unit: | SEA-B-A |
| Report Date: | 11/21/2022 | Living Quarters: | B02-022U |
| Report Time: | 2:33:31 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SEA | 11/15/2022 9:27:21 AM | 64 | | | Sales | ($13.90) | | $112.20 |
| SEA | 11/15/2022 9:25:13 AM | 63 | | | Sales | ($85.95) | | $126.10 |
| SEA | 11/1/2022 9:54:47 AM | 49 | | | Sales | ($86.30) | | $212.05 |
| SEA | 11/1/2022 5:01:05 AM | 70170301 | | | Lockbox - CD | $35.55 | | $298.35 |
| SEA | 10/28/2022 12:06:39 PM | 33322301 | | | Western Union | $100.00 | | $262.80 |
| SEA | 10/23/2022 9:07:49 PM | 33322296 | | | Western Union | $100.00 | | $162.80 |
| SEA | 10/20/2022 1:30:32 PM | 86 | | | Sales | ($76.70) | | $62.80 |
| SEA | 10/19/2022 6:06:40 PM | 33322292 | | | Western Union | $50.00 | | $139.50 |
| SEA | 10/19/2022 2:06:59 PM | 33322292 | | | Western Union | $25.00 | | $89.50 |
| SEA | 10/6/2022 5:02:33 AM | 70168601 | | | Lockbox - CD | $64.50 | | $64.50 |

Total Transactions: 10

Totals:  $112.20   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SEA | $112.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $112.20 |
| Totals: | $112.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $112.20 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $375.05 | $262.85 | $84.47 | $298.35 | $189.90 | N/A | N/A |

Name __Javier Moreno_____
Reg. No. _46604-509_____
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

NORTH TEXAS TX P&DC
DALLAS TX 750
23 NOV 2022 PM 2  L

US District Court of South Dakota
Western Division
U.S. Courthouse
515 Ninth Street, Room 302
Rapid City, SD 57701

57701-267377

