UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JAVIER CLARK MORENO,<br><br>                Defendant. | CR. 21-50084-JLV<br><br>ORDER |

On August 18, 2022, the court sentenced defendant Javier Moreno to 210 months of incarceration, to be followed by eight years of supervised release. (Docket 50). On November 28, 2022, Mr. Moreno filed a *pro se* motion for a copy of the transcript of the sentencing hearing in his case. (Docket 56). He also moved the court to permit him to proceed *in forma pauperis* in obtaining the transcript. (Docket 55).

The court notes Mr. Moreno "waive[d] all defenses and his right to appeal any non-jurisdictional issues" in his plea agreement. (Docket 23 at p. 11). He retained limited rights to appeal the sentence imposed by the court. Id. However, as is the court's routine practice, the court advised Mr. Moreno at his sentencing hearing that he had only 14 days within which to file an appeal of the sentence imposed. No appeal was filed.

Federal statute permits the court to order, and requires the United States to pay for, "transcripts furnished in criminal proceedings [to] persons proceeding under the Criminal Justice Act[.]" 28 U.S.C. § 753(f). Mr. Moreno was

appointed counsel under the Criminal Justice Act. However, defendants are not entitled to a free transcript without reason. They must show the requested transcript is necessary for a legal purpose. Given the appeal deadline has long since passed in Mr. Moreno's case, he made no showing in this regard. Accordingly, it is

ORDERED that defendant Javier Moreno's motion for a copy of the sentencing transcript in his case (Docket 56) is denied.

IT IS FURTHER ORDERED that defendant's motion to proceed *in forma pauperis* (Docket 55) is denied as moot.

Dated December 13, 2022.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE