United States Courthouse
Attn: Chief Justice for S. Dakota, Western Div.
400 South Phillips Ave., Room 128
Sioux Falls, SD 57104-6851

Honorable Chief Judge,

    My name is Javier Clark Moreno. I am writing your honorable office so as to hopefully appeal to your non-prejudicial position as the Chief Justice for this District.

    I had filed a pre se motion so as to obtain a copy of my sentencing hearing transcript. I also filed a motion to proceed in forma pauperis, as I am indigent. Nowhere in these motions does it indicate that I have to show reason for why I should be granted a copy of a free transcript.

    I have attached a copy of a descision from Judge Jeffery L. Viken (U.S. Dist. Judge) that indicates an intentional abuse of office. It is my belief that Judge Viken is prejudicial against me. Judge Viken rules that I have to state what my filing intentions or motions to be filed, <u>before</u>, I am allowed or permitted to have a free copy of my sentencing hearing transcripts. He [Judge Viken] is denying my 8th & 14th Constitutional Amendments for due process and equal protection under the law.

    When a petitioner files the above stated motions, it is presumed it is necessary so as to properly and correctly file whatever motion or relief petitioner is seeking. Judge Viken's iron-fisted, draconian rule of law suggests that this particular Judge may have acted outside the bounds of his office and seeks to prevent that from coming into light.

    My request of your Honorable Office is to review my pro se motion and in forma pauperis. I do wish to review same so as to determine, at my discretion, how or which motion I would like to file. It is not up to the Judge [Viken] to pre-adjudicate a motion or relief when I am not in possession of the transcript in question. I pray that your Office will grant me a free copy of the transcript in question. I look forward to your prompt response. My contact information is included on the next page.

                              Respectfully Submitted,

                              Javier Clark Moreno

<u>Contact Information:</u>
Javier C. Moreno #46604-509
FCI Seagoville
P.O. Box 9000
Seagoville, TX 75159-9000

enclosures

Name  Javier C. Moreno
Reg. No. 46604-509
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000



NORTH TEXAS TX P&DC
DALLAS TX 750
6 JAN 2023    PM 8  L

United States Courthouse
Attn: Chief Justice for S. Dakota, Western Div.
400 South Phillips Ave., Room 128
Sioux Falls, SD 57104-6851

57104-685128

X-RAYED BY
SOUTH DAKOTA
CSO