UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-50084 |
| Plaintiff, | MOTION TO AMEND AMENDED JUDGMENT |
| vs. | |
| JAVIER CLARK MORENO, | |
| Defendant. | |

The United States, by and through Assistant United States Attorney Sarah B. Collins, moves this Honorable Court for an order amending Exhibit B of the Amended Judgment filed in this case (Docket 62). It has been brought to the United States' attention that Lenahan Law, PLLC, has transferred their restitution division to Restore the Child. The United States is therefore requesting the $5,000 restitution for "Jen" be made payable to Restore the Child, in trust for Jen. The amendment to the amended judgment is to ensure payment of restitution to the correct payee.

Dated this 30th day of January, 2023.

ALISON J. RAMSDELL
United States Attorney

*/s/ Sarah B. Collins*

SARAH B. COLLINS
Senior Litigation Counsel
515 Ninth Street, Suite 201
Rapid City, SD 57701
Telephone: (605) 342-7822
E-mail: Sarah.B.Collins@usdoj.gov