Exhibit "A"

1. One red Apple iPhone;
2. One white and silver Apple iPad;
3. One Apple TV hub, Serial No. C1MHMG2YDRHN;
4. One 8GB PNY Optima SD card;
5. One 16GB SanDisk card;
6. Two SD cards – 8GB and 64 GB SanDisk;
7. One silver Apple iPod, Serial No. 1D8418B8201;
8. One silver Apple iPod, Serial No. 1B006ARY75J;
9. One 16MB Fuji Film SD card;
10. One red Apple iWatch;
11. One silver Quantim hard drive, Serial No. LM20A011;
12. One silver Maxtor hard drive, Serial No. L60BBTWA;
13. One silver Western Digital hard drive, Serial No. WCANKC441755;
14. One silver Maxtor hard drive, Serial No. V21XAPRG;
15. One silver Seagate hard drive, Serial No. SJRGV3MN;
16. One 1GB Crucial Technologies SD card;
17. One red Western Digital Ext hard drive, Serial No. WXS1AC763KNS;
18. Two flash drives – Mirco Center and MPC;
19. Seven various make/models flash drives;
20. One silver Apple MacBook Pro, Serial No. C02WQ1YNG8WN;
21. One silver Blackberry cell phone, Serial No. 07605492078;
22. One gray Samsung flip phone, Model: SCH-U365, Serial No. A00000399741AC;
23. One black LG slide cell phone, Model: LG-VN280, Serial No. 412CYMR0378995;
24. One black Apple iPhone, Serial No. BCG-E3085A
25. Three thumb drives;
26. One silver HP laptop, Serial No. CNU0114SRV;
27. One HP laptop, Serial No. CNU1250-ZH;
28. Three flash drives;
29. One CD-Rom drive;
30. Two disk drives;
31. One "My Passport" box from Best Buy with "Moreno, Javier Clark;"
32. One black and silver HP Pavilion Entertainment PC laptop; and
33. One silver and black ProBook 65506 laptop.