# Amended Exhibit B

| Amount | Victim | Payable to |
|---|---|---|
| $3,000 | John Doe 1 | Tanya Hankins, in trust for the 8 Kids Series |
| $3,000 | John Doe 2 | Tanya Hankins, in trust for the 8 Kids Series |
| $3,000 | John Doe 3 | Tanya Hankins, in trust for the 8 Kids Series |
| $3,000 | John Doe 4 | Tanya Hankins, in trust for the 8 Kids Series |
| $3,000 | John Doe 5 | Tanya Hankins, in trust for the 8 Kids Series |
| $3,000 | Patty | Jones Day, in trust for Patty |
| $10,000 | Jenny | Marsh Law Firm PLLC, in trust for Jenny |
| $3,000 | Jane | Marsh Law Firm PLLC, in trust for Jane |
| $3,000 | Tori | Marsh Law Firm PLLC, in trust for Tori |
| $3,000 | Raven | Marsh Law Firm PLLC, in trust for Raven |
| $5,000 | L.L. | Tim Nay, Trustee of L.A.L. Trust |
| $3,000 | Henley | Deborah A. Bianco, in trust for Henley |
| $5,000 | Maureen | Deborah A. Bianco, in trust for Maureen |
| $10,000 | Pia | Deborah A. Bianco, in trust for Pia |
| $5,000 | Mya | Deborah A. Bianco, in trust for Mya |
| $5,000 | Cara | Carol L. Hepburn, in trust for Cara |
| $7,500 | Sarah | Carol L. Hepburn, in trust for Sarah |
| $5,000 | Sierra | Carol L. Hepburn, in trust for Sierra |
| $4,000 | Savannah | Carol L. Hepburn, in trust for Savannah |
| $4,000 | Sally | Carol L. Hepburn, in trust for Sally |
| $3,000 | Skylar | Carol L. Hepburn, in trust for Skylar |
| $5,000 | Maria | Carol L. Hepburn, in trust for Maria |
| $10,000 | Lily | Carol L. Hepburn, in trust for Lily |
| $5,000 | Violet | Carol L. Hepburn, in trust for Violet |
| $10,000 | April | Restore the Child, in trust for April |
| $5,000 | Chelsea | Restore the Child, in trust for Chelsea |
| $5,000 | Jen | ***Restore the Child**, in trust for Jen |
| $5,000 | Anna | Utah Crime Victims Legal Clinic, in trust for Anna |
| $5,000 | Lana | Utah Crime Victims Legal Clinic, in trust for Lana |
| $5,000 | Taylor | Utah Crime Victims Legal Clinic, in trust for Taylor |