UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER CLARK MORENO,<br><br>Defendant. | 5:21-CR-50084-JLV<br><br>REFUSAL TO CONSIDER "APPEAL" |

    This case is assigned to Judge Jeffrey L. Viken.  Defendant Javier Clark Moreno moved for a transcript of his sentencing hearing and to proceed pro se in obtaining the transcript.  Docs. 55, 56.  Judge Viken denied both motions, Doc. 57, after which Moreno filed a motion asking to "appeal" Judge Viken's decision to the Chief Judge of the District of South Dakota, Doc. 60.  The undersigned judge cannot consider Moreno's motion because the decisions of district court judges may not be appealed to the chief judge of the district court.  Merriweather v. Hoffner, 2017 WL 127707, at *1 (E.D. Mich. Jan. 13, 2017); Waldrep v. Ryan, 2019 WL 3501456, at *1 (D. Ariz. Aug. 1, 2019) ("A litigant who is unhappy with a district judge's ruling cannot seek to 'appeal' that ruling to another district judge.").

    DATED this 28th day of August, 2023.

                                                BY THE COURT:

                                                ROBERTO A. LANGE<br>
                                                CHIEF JUDGE